**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-1093-DME-CBS

WAYNE MIDDEKER, D.C.,

Plaintiff,

v.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK (a/k/a MONY LIFE INSURANCE COMPANY), and;

DISABILITY MANAGEMENT SERVICES, INC.

**ORDER GRANTING STIPULATION FOR DISMISSAL**

Upon the parties' Stipulated Motion for Dismissal With Prejudice, this action is hereby DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated:   November 2, 2012.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
U.S. Circuit Court Judge
District of Colorado